UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOUGLAS R. McCARROLL, :
    Plaintiff, :
: PRISONER
v. : CASE NO: 3:07cv959(AVC)
:
UNITES STATES, :
    Defendant. :

## RULING AND ORDER

On June 24, 2008, the court granted the plaintiff's request for a stay and ordered the case stayed until December 15, 2008, by which time the plaintiff stated that he would be released from custody. The Bureau of Prisons website indicates that the plaintiff was released from custody on December 5, 2008. See www.bop.gov/iloc2 (last visited Jan. 16, 2009). Thus, the court hereby orders that the stay be **LIFTED**.

The plaintiff's motion for injunctive relief, seeking transfer among federal correctional facilities [**Doc. #31**] is **DENIED** as moot. The plaintiff is directed to update his address and indicate whether he intends to pursue this case. Failure to respond to this order within **twenty (20)** days will result in the dismissal of this case for failure to prosecute.

**SO ORDERED** at Hartford, Connecticut this 21st day of January 2009.

                              / s /
                            Alfred V. Covello
                        United States District Judge